# RECORD OF FUNDS RECEIVED FOR DEPOSIT

# FILED INTO REGISTRY ACCOUNT

'09 JAN 26 P12 :21

TO:  *1. Intake Clerk ***

*2. Case Administrator*

FROM:  *Financial Administrator*

DATE:  _1-26-2009_    UC

CASE NAME:  _Gibson_

CASE NUMBER:  _04-27811_

Check Number _614048_ in the amount of $_5189.75_ was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: _7858_    Intake Clerk's Initials _AB_

\*    *AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.*

*#4b-F*

Office Of The Chapter 13 Trustee
Western District of Pennsylvania
US Steel Tower - Suite 3250
600 Grant Street
Pittsburgh PA 15219


Ronda J. Winnecour
Standing Trustee

Richard J. Bedford                                      Phillip J. McHale, III
Chief Counsel                                           Chief Accountant

January 16, 2009

John J. Horner, Esquire          OR          John J. Horner, Esquire
Clerk, U.S. Bankruptcy Court                 Clerk, U.S. Bankruptcy Court
5414 U.S. Steel Tower                        U.S. Courthouse, Room B160
600 Grant Street                             17 South Park Row
Pittsburgh PA 15219                          Erie PA 16501

RE:  ROBIN A. GIBSON

Case No.: 04-27811  F

Dear Mr. Horner:

     I enclose herein a check which represents unclaimed monies in the
Chapter 13 case referenced above.

     These funds are owned by the following creditor.  The Trustee issued
payment to the creditor, in accordance with the Chapter 13 plan.  The
address shown is based on the Trustee's best and most recent information.

                    CHARTER ONE AUTO FINANCE/fka++
                     AMERICAN CREDIT SVCS INC
                    228 E MAIN ST STE 300
                    ROCHESTER NY                    14604

CHECK NUMBER __614048__          AMOUNT $ __5,189.75__

     The disbursement(s) was returned to the Trustee for the following
reason:

_____  a.  Trustee has been unable to locate Creditor.

__X__   b.  Creditor returned funds.

_____  c.  Stale dated, check 90 days old and not negotiated.

Page Two
Unclaimed funds
04-27811 F


        Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the
Trustee hereby pays the funds into Court for disposition in accordance
with Chapter 129 of Title 28, U.S.C.

                                    Very truly yours,


                                    RONDA J. WINNECOUR
                                    for Standing Chapter 13 Trustee

cc: KENNETH M STEINBERG ESQ
    ROBIN A. GIBSON

    CHARTER ONE AUTO FINANCE/fka++
    Creditor