FILED
2013 APR 2 A 9:19
CLERK
U.S. BANKRUPTCY
COURT - PGH

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| ROBIN A. GIBSON, | ) Case Number 04-27811/JKF |
| | ) Related to Document No. 59 & 61 |
| *Debtor*, | ) Chapter 13 |
| | |
| RBS CITIZENS, N.A., | ) |
| *Movant,* | ) |
| Vs. | |
| NO RESPONDENTS | ) |
| *Respondent.* | ) |

### ORDER DENYING MOTIONS FOR UNCLAIMED FUNDS

Generally, funds deposited for the benefit of a creditor cannot be refunded to any other party because such funds are presumed to be property of and owned by the specific creditor until shown otherwise. Although *28 U.S.C. §2042* allows for distribution of funds held by the Court to a claimant entitled to such money on petition to the Court, notice must first be given to the United States Attorney and *full proof of the right thereto* shown in the *Motion*. Here, the *Motions* lack the documentary proof of entitlement from *RBS Citizens, N.A., (as was filed at Doc. No. 58 and 59)*, and the documents failure to include counsel for Movant's email address, to comply with this Court's Local Rules pleading signatures, specifically, *W.PA.LBR 5005-6* and/or *Fed. R. Bankr. P. 9011*; therefore,

*AND NOW*, this  2nd  day of *April, 2013*, upon consideration of the *Motions to Pay Unclaimed Funds, (filed at Document Number 59 and 61)*, for the above reasons, it is hereby **ORDERED** that the *Motions for Unclaimed Funds* are **DENIED**, without prejudice.

*/s/ Judith K. Fitzgerald*
Judith K. Fitzgerald
Judge, US Bankruptcy Court

cgt

Case Administrator to mail to:
    Ronda Winnecour, Esq.
    Debtor
    Counsel for the Debtor
    Office of the U.S. Trustee
    Jardanian Josephs, Esq.