FILED
2012 MAR 19 A 9:57
CLERK
U.S. BANKRUPTCY
COURT - PGH

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: | : | |
| | : | Bankruptcy No. 08-70341 JKF |
| MAXINE E. LEHMAN, | : | |
| | : | |
| Debtor. | : | |
| | : | Chapter 13 |
| MAXINE E. LEHMAN, | : | |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| NO RESPONDENT, | : | |
| | : | Related to Doc. No. 73 |
| Respondent. | : | |

### ORDER DENYING MOTION

The Debtor filed a *Motion to Reopen Case for the Release of Unclaimed Funds from Court Registry, "(Motion)", at Doc. No. 73,*

Generally, funds deposited for the benefit of a creditor cannot be refunded to any other party because such funds are presumed to be property of and owned by the specific creditor until shown otherwise. Although *28 U.S.C. §2042* allows for distribution of funds held by the Court to a claimant entitled to such money on petition to the Court, notice must first be given to the United States Attorney and *full proof of the right thereto* shown in the *Motion*. Here, such a *Motion* has not been filed by the owner(s) of the funds and the *Motion* fails to contain documentary proof of entitlement to the affected creditors.

The *Motion* also fails to comply with this Court's Local Rules and Forms regarding pleading captions, specifically, *W.PA.LBR 9004-1,* as Motion to Reopen fails to name the affected creditors; therefore,

*AND NOW*, this   **19**th day of **March, 2012**, upon consideration of the *Motion* (filed at Document Number 73), and for the above reasons, it is hereby **ORDERED** that the *Motion* is **DENIED**, without prejudice. The Clerk shall immediately refund the reopening fee paid at Receipt No. 8545026, in the amount of $235.

Judith K. Fitzgerald

Judith K. Fitzgerald
U.S. Bankruptcy Judge

cgt