# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

TO:  1. *Intake Clerk* *

2. *Case Administrator*

FROM: *Financial Administrator*

DATE: **2·18·2010**    **UC**

CASE NAME: **Cellanto**

CASE NUMBER: **05·30935**

---

Check Number **6970650** in the amount of $ **1037.51** was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: **10636**    Intake Clerk's Initials ____

---

* AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE <u>FORWARD TO</u> THE APPROPRIATE <u>CASE ADMINISTRATOR</u>.

#4b-F

Office Of The Chapter 13 Trustee
Western District of Pennsylvania
US Steel Tower - Suite 3250
600 Grant Street
Pittsburgh PA 15219

Ronda J. Winnecour
Standing Trustee

Richard J. Bedford                                    Phillip J. McHale, III
Chief Counsel                                         Chief Accountant

February 11, 2010

John J. Horner, Esquire              OR         John J. Horner, Esquire
Clerk, U.S. Bankruptcy Court                    Clerk, U.S. Bankruptcy Court
5414 U.S. Steel Tower                           U.S. Courthouse, Room B160
600 Grant Street                                17 South Park Row
Pittsburgh PA 15219                             Erie PA 16501

RE:   JOSEPH A. CELLANTE
      DONNA L. CELLANTE
Case No.: 05-30935   A

Dear Mr. Horner:

   I enclose herein a check which represents unclaimed monies in the Chapter 13 case referenced above.

   These funds are owned by the following creditor. The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan. The address shown is based on the Trustee's best and most recent information.

SALLIE MAE GUARANTY SVCS INC
ATTN: DEPOSIT OPERATION-8303*
POB 7167*
INDIANAPOLIS IN                          46206-7167

CHECK NUMBER  670650                  AMOUNT $  1,037.51

   The disbursement(s) was returned to the Trustee for the following reason:

_____   a.   Trustee has been unable to locate Creditor.

   X      b.   Creditor returned funds.

_____   c.   Stale dated, check 90 days old and not negotiated.

Page Two
Unclaimed funds
05-30935 A

      Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

                                  Very truly yours,

                                  RONDA J. WINNECOUR
                                  for Standing Chapter 13 Trustee

cc: MICHAEL J BRUZZESE ESQ
    JOSEPH A. CELLANTE
    DONNA L. CELLANTE
    SALLIE MAE GUARANTY SVCS INC
    Creditor