IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JOSEPH A.    CELLANTE | ) | Case No.: 0530935 A |
| DONNA L.    CELLANTE | ) | THOMAS P. AGRESTI |
| | ) | |
| Debtor(s) | ) | |
| | ) | |
| Ronda J. Winnecour, Trustee, | ) | Document #_____ |
| | ) | |
| Movant | ) | |
| vs. | ) | |
| | ) | |
| No Respondents. | ) | |

**TRUSTEE'S APPLICATION FOR APPROVAL OF FINAL REPORT
OF COMPLETION OF CHAPTER 13 PLAN**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents as follows.

1. The plan was confirmed in this Chapter 13 case, and the undersigned has served as Trustee.
2. Following a final examination of the terms of the Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case, the Trustee certifies that the estate has been fully administered, and now recommends that the Court treat this Chapter 13 case as having been completed.
3. Attached hereto please find the Trustee's final report of receipts and disbursements in this case.
4. After all distribution checks have been negotiated, the Trustee's office will file a certificate that the estate has been fully administered and requesting the entry of a final decree.

WHEREFORE, the Trustee respectfully requests that this Court enter an Order as follows:
(a) Accepting the final report and account of the Trustee, after notice to creditors with an opportunity to object;
(b) Determining that the Chapter 13 plan has been completed and is binding on all creditors;
(c) Directing the Clerk of Bankruptcy Court to issue a discharge and closing this case administratively, while retaining jurisdiction over the Trustee's certification that the estate has been fully administered, at which time a final decree would be entered.

Feb 24, 2010

Respectfully submitted,
/s/ Ronda J. Winnecour
Ronda J. Winnecour PA ID #30399
Chapter 13 Trustee

3250 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: )
)
JOSEPH A.      CELLANTE ) Case No.: 0530935 A
DONNA L.       CELLANTE ) THOMAS P. AGRESTI
)
          Debtor(s) )
)
Ronda J. Winnecour, Trustee, ) Document #_____
)
          Movant )
vs. )
)
No Respondents. )

ORDER APPROVING TRUSTEE'S FINAL ACCOUNT AND
ADMINISTRATIVELY CLOSING CASE

AND NOW, this _____ day of _____, 20___, upon consideration of the Chapter 13 Trustee's final report and account as well as the Trustee's recommendation that this Court find that the Chapter 13 plan has been completed and following notice to the creditors and opportunity to be heard, it is hereby ORDERED, ADJUDGED and DECREED, as follows:

(1) This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed and the debtor(s) is/are entitled to and shall receive a discharge pursuant to Section 1328(a) of the Bankruptcy Code.

(2) If not previously provided in the Order of Confirmation of Plan, property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate are hereby terminated.

(3) Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for by the Plan, and whether or not such creditor has objected to, has accepted or had rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the date of the Trustee's last distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(4) The wage attachment(s) issued in this case is/are immediately terminated and the debtor shall serve a copy of this Order on the employer(s) (or the Debtor may file separate motion(s) to stop the attachments).

(5) After all distribution checks have been finally negotiated or deposited in the registry of the clerk, the Trustee shall file and serve on Debtor, Debtor's counsel and the United States Trustee a certificate to that effect. This case is, upon discharge, administratively closed. However, the Court retains jurisdiction over the Trustee's certification of distributed funds The Trustee's Final Accounting is hereby APPROVED. The Trustee is deemed discharged from her duties in this case, and this case shall be deemed CLOSED without further order of Court.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

```
             IN THE UNITED STATES BANKRUPTCY COURT
                 WESTERN DISTRICT OF PENNSYLVANIA
```

IN RE:
    JOSEPH A. CELLANTE and DONNA L. CELLANTE        CASE NO. 05-30935A
    1212 HILAND AVENUE                              JUDGE THOMAS P. AGRESTI

    CORAOPOLIS, PA             15108-0000
    a/k/a                                           DATE: 02/24/10
           Debtor(s)

---

                       TRUSTEE'S FINAL REPORT
                           AND ACCOUNT

---

    RONDA J. WINNECOUR    , Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b)(1).

    1. The case was filed on 08/24/05 and confirmed on 03/06/06. The case was subsequently COMPLETED

    2. The amount paid to the Trustee by or on behalf of the debtor(s) was $ 99420.00 .

    3. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMT | PRIN PD | INT PD | BAL DUE |
|---|---|---|---|---|---|
| AMERICAN EXPRESS CENTURION | UNSECURED | 674.31 | 101.82 | .00 | .00 |
| CAPITAL ONE* | NOT FILED | .00 | .00 | .00 | .00 |
| CHASE AUTO FINANCE* | SURR COLL | 941.44 | 941.44 | .00 | .00 |
| CHASE AUTO FINANCE* | SURR COLL | .00 | .00 | .00 | .00 |
| CHASE AUTO FINANCE* | UNSECURED | 651.77 | 98.42 | .00 | .00 |
| CHASE AUTO FNC CORP/JPMORGA | SURR COLL | 11160.20 | 11160.20 | .00 | .00 |
| CHASE AUTO FNC CORP/JPMORGA | SURR COLL | 2471.30 | 2471.30 | .00 | .00 |
| CHASE AUTO FNC CORP/JPMORGA | VEHICLE | 827.48 | 827.48 | .00 | .00 |
| COMCAST* | NOT FILED | .00 | .00 | .00 | .00 |
| Clerk, U S Bankruptcy Court | Unclaimed | 1037.51 | 1037.51 | .00 | .00 |
| Columbia Gas Of PA Inc* | UNSECURED | 280.42 | 42.34 | .00 | .00 |
| DISCOVER BANK* | UNSECURED | 4826.09 | 728.74 | .00 | .00 |
| DISCOVER BANK* | UNSECURED | 6250.70 | 943.86 | .00 | .00 |
| DUQUESNE LIGHT CO** | UNSECURED | 654.99 | 98.90 | .00 | .00 |
| DUQUESNE LIGHT CO** | PRIORITY | .00 | 7600.00 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 9973.89 | 1506.06 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 4095.56 | 618.43 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 28114.72 | 4245.32 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 2729.50 | 412.15 | .00 | .00 |
| FIRST NATIONAL BANK OF PA* | VEHICLE | 8100.87 | 8100.87 | .00 | .00 |
| FIRST NATIONAL BANK OF PA* | SURR COLL | 3459.40 | 3459.40 | .00 | .00 |
| FIRST NATIONAL BANK OF PA* | UNSECURED | 984.67 | 148.69 | .00 | .00 |
| FIRST NATIONAL BANK OF PA* | SURR COLL | .00 | .00 | .00 | .00 |
| FIRST NATIONAL BANK OF PA* | NOT FILED | .00 | .00 | .00 | .00 |
| GECC/SAMS CLUB | NOT FILED | .00 | .00 | .00 | .00 |
| GECC/SAMS CLUB | NOT FILED | .00 | .00 | .00 | .00 |
| GRENEN & BIRSIC (G J GAERTN | NOT FILED | .00 | .00 | .00 | .00 |
| HOME DEPOT++ | NOT FILED | .00 | .00 | .00 | .00 |
| JCPENNEY CO INC/MONOGRAM*++ | NOT FILED | .00 | .00 | .00 | .00 |
| JODI L HAUSE ESQ | NOT FILED | .00 | .00 | .00 | .00 |

```
JPMORGAN CHASE BANK NA      UNSECURED    384.46       .00      .00      .00
KOHLS DEPARTMENT STORE      UNSECURED    137.11     20.70      .00      .00
MACY'S                      NOT FILED       .00       .00      .00      .00
```

PAGE   1 - CONTINUED ON NEXT PAGE

```
CREDITOR NAME                   CLASS        CLAIM AMT    PRIN PD      INT PD    BAL DUE
-------------------------------------------------------------------------------------------
MCCALLA RAYMER PADRICK ET A  NOT FILED          .00          .00          .00        .00
Midwest Verizon Wireless/AF  UNSECURED       597.86        90.28          .00        .00
PNC BANK                     UNSECURED      4342.67       655.74          .00        .00
PNC BANK                     NOT FILED          .00          .00          .00        .00
SALLIE MAE GUARANTY SVCS IN  NOT FILED          .00          .00          .00        .00
SEARS/CITI CARD USA*         NOT FILED          .00          .00          .00        .00
Verizon Wireless**           NOT FILED          .00          .00          .00        .00
WEST-AIRCOMM FCU             UNSECURED      3734.61       563.93          .00        .00
WEST-AIRCOMM FCU             UNSECURED      5957.26       899.55          .00        .00
WEST-AIRCOMM FCU             UNSECURED      6681.27      1008.87          .00        .00
~ COUNTRYWIDE HOME LOANS*    MORTGAGE           .00      44692.20          .00        .00
~ COUNTRYWIDE HOME LOANS*    HOME MORT      1026.28      1026.28          .00        .00
```

4. Summary of disbursements:

```
                SECURED      PRIORITY     UNSECURED    CONT DEBTS       TOTAL
-------------------------------------------------------------------------------
CLAIM AMOUNT    24574.23     4450.25      83233.48     52292.20       164550.16
PRINCIPAL PAID  24574.23     4450.25      12568.26     52292.20        93884.94
INTEREST PAID       .00          .00          .00          .00             .00
```

5. Costs of administration:
The clerk was paid $         .00  through the plan for the filing fee.
The debtor's attorney was allowed $         .00 and was paid $         .00 .
The Trustee was paid $   2207.57  pursuant to 11 USC 1302.
Refunds to the debtor and/or new trustee total $   3327.49 .

Postpetition arrearages on mortgages, if any, have been computed by the Trustee but are not listed on this Final Accounting form.

Wherefore the trustee requests a final decree be entered which discharges the trustee and his surety from any and all liability on account of the above case, closes the estate, and grants such other relief as may be just and proper.

```
                                           /s/ Ronda J. Winnecour
xc:JOSEPH A.            CELLANTE           ----------------------------------
   MICHAEL J BRUZZESE ESQ                  RONDA J WINNECOUR PA ID #30399
   307 4TH AVE STE 1201                    CHAPTER 13 TRUSTEE WD PA
   PITTSBURGH PA                           SUITE 3250 US STEEL TWR
                        15222-0000         PITTSBURGH PA          15219-0000
                                           (412) 471-5566
```

!&FRA&!