IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Ralph W. Davis | : | Case No. 06-26256JAD |
| | : | Chapter 13 |
| Debtor(s) | : | |
| Bank of America Corporation | : | |
| | : | Related to Document # 95 |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| No Respondent Named | : | Hearing Date 5/2/12 |
| | : | |

**TRUSTEE'S RESPONSE TO MOTION FOR THE RECOVERY OF UNCLAIMED FUNDS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. Bank of America Corporation filed a Motion for Recovery of Unclaimed Funds, alleging that the reason Movant did not receive the funds is because the funds were sent to Countrywide Home Loans, which changed its name to BAC Home Loans Servicing, LP, which in turn merged with and into Bank of America, NA.  However, this is inaccurate.

2. According to the Trustee's case notes, the Trustee received a refund check from Countrywide together with a letter indicating that the servicing of the loan had been released to Roundpoint Mortgage Servicing Corporation. The original letter has been archived in off-site storage, however.

3. No proof of assignment has been filed by Roundpoint, which is why the Trustee lodged the funds as unclaimed.

4. Before the funds are released to Movant, Movant should have to prove that it is entitled to the funds, as well as explain the basis for its return of the funds with the service released letter.

WHEREFORE, the Trustee respectfully requests that the motion be denied.

                        RONDA J. WINNECOUR,
                        CHAPTER 13 TRUSTEE

Date:  4/25/12                by    __/s/ Jana S. Pail_____
                                      Jana S. Pail - PA I.D. #88910
                                      Attorney for Trustee
                                      US Steel Tower – Suite 3250
                                      600 Grant St.
                                      Pittsburgh, PA  15219
                                      (412) 471-5566
                                      jpail@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Ralph W. Davis | : | Case No. 06-26256JAD |
| | : | Chapter 13 |
| Debtor(s) | : | |
| Bank of America Corporation | : | |
| | : | Related to Document # 95 |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| No Respondent Named | : | Hearing Date 5/2/12 |
| | : | |

CERTIFICATE OF SERVICE

     I hereby certify that on the 25th of April 2012, I served one true and correct copy of the foregoing document on the following parties in interest by United States first-class mail, postage prepaid, addressed as follows:

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh PA.  15222

Ralph W. Davis
2013 Dayna Drive
College Park GA 30345

Gary Short, Esquire
436 Seventh Avenue
2317 Koppers Building
Pittsburgh PA  15219

                                           _/s/Dianne DeFoor_____
                                           Office of Chapter 13 Trustee
                                           US Steel Tower – Suite 3250
                                           600 Grant Street
                                           Pittsburgh, PA  15219
                                           (412) 471-5566
                                           cmecf@chapter13trusteewdpa.com