IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| RALPH W. DAVIS, | Bankruptcy No. 06-26256JAD |
| Debtor(s). | Chapter 13 |
| | Doc. # 96 |
| ****************************************** | |
| BANK OF AMERICA CORPORATION, | |
| Movant(s), | |
| vs. | Related To Doc. # 92 |
| NO RESPONDENTS, | |
| Respondent(s). | |

## ORDER

AND NOW, this **27th** day of **April**, **2012**, IT APPEARS TO THE COURT THAT the movant has filed at **Doc. #96** a **Praecipe To Withdraw Motion For Recovery Of Unclaimed Funds** in the above-captioned bankruptcy case.

IT IS HEREBY ORDERED that **Doc. # 92 IS DENIED AS WITHDRAWN**.

IT IS FURTHER ORDERED THAT the **Hearing** scheduled on **Doc. #92 - Motion For The Recovery Of Unclaimed Funds** for **May 2, 2012**, at **10:00 AM** at **Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219 IS HEREBY CANCELLED**.

JEFFERY A. DELLER
U.S. Bankruptcy Judge

**CASE ADMINISTRATOR TO MAIL:**
cc:   Jardanian Joseph, Esq.
       Ronda J. Winnecour, Esq.
       Office of the U.S. Trustee

FILED
APR 27 2012
CLERK, U.S. BANKRUPTCY COURT
WEST. DIST OF PENNSYLVANIA

MPRAEC~1.WPD